## 33679. McELROY v. McELROY.

PER CURIAM.

It is not required that alimony be awarded in no-fault divorce cases. *Odom v. Odom,* 239 Ga. 830 (239 SE2d 20) (1977); Code Ann. § 30-201, as amended (Ga. L. 1977, pp. 1253, 1256). The trial judge did not err in charging the jury in accord with the foregoing.

*Judgment affirmed. All the Justices concur.*

SUBMITTED JUNE 2, 1978 — DECIDED SEPTEMBER 5, 1978.

*Glenville Haldi,* for appellant.
*Albert C. Smarr,* for appellee.